IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONNIE PORTER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. 05-0223-CV-W-DW |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

Before the court is Movant's Motion to Vacate, Set Aside, or Correct His Sentence under 28 U.S.C. § 2255 (Doc. 1).

Movant essentially argues that his plea of guilty was not knowing and voluntary. At Movant's sentencing this Court denied his attempt to withdraw his guilty plea. The Eighth Circuit Court of Appeals subsequently found that Movant knowingly and intelligently waived his right to appeal his sentence as part of his plea agreement. Exhibit A, attached to Doc. 9. The terms of Movant's plea agreement were unambiguous and defendant expressly waived his right to collaterally appeal his sentence.

Movant also argues that he was "deliberately misled" regarding his sentence during plea negotiations. He received substantial benefits because of the plea agreement. Given the terms of the agreement, the Court finds this argument without merit. Accordingly, Movant's § 2255 Motion is denied.

IT IS SO ORDERED

                                                       /s/ DEAN WHIPPLE
                                                       Dean Whipple
                                                  United States District Judge

DATE:  November 22, 2005